UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                      Case No.  15-20652-05
                                      HON.  GEORGE CARAM STEEH

vs.

QUINCY GRAHAM ,

        Defendant.
_____/

ORDER GRANTING GOVERNMENT'S MOTION
TO STRIKE DEFENDANT'S FIVE *PRO SE* MOTIONS [DOC. 225]

Defendant Quincy Graham, although represented by counsel, filed five *pro se* motions:

- Motion for Discovery [doc. 217]

- Motion to Compel Disclosure of Exculpatory Evidence [doc. 218]

- Motion to Compel Preservation of Notes and Other Investigative Material [doc. 219]

- Motion to Compel Government to Give Notice of Intent to Use Evidence of Other Crimes, Wrongs or Acts [doc. 220]

- Motion for Release on Personal Recognizance Bail [doc. 221]

A person's right to appear *pro se* or by counsel is disjunctive, and a person in a criminal matter has no right, constitutional or otherwise, to "hybrid representation" that results in simultaneous self-representation and representation by counsel.  28 U.S.C. § 1654; *United States v. Mosely*, 810 F.2d 93, 97-98 (6th Cir. 1987).  Accordingly,

1

IT IS ORDERED that the Clerk hereby STRIKE defendant's *pro se* motions [docs. 217 - 221].

Dated:  June 21, 2016

          S/George Caram Steeh  
          GEORGE CARAM STEEH  
          UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and Quincy Graham #57272-039, PO Box 1000, Milan, MI 48160 on June 21, 2016, by electronic and/or ordinary mail.

S/Marcia Beauchemin  
Deputy Clerk