UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA          NO. 15-20652

        v.                    HON. GEORGE CARAM STEEH

D-5    QUINCY GRAHAM,
D-7    JEROME GOOCH
D-8    MICHAEL ROGERS
D-12   JEFFERY ADAMS

_____/

# ORDER PERMITTING FIREARMS IN THE COURTHOUSE
## AS EXHIBITS

Upon motion of the government, and for the reasons stated therein, firearms may be brought into the building by Special Agent Vincente Ruiz, of the Federal Bureau of Investigation (FBI) or by a fellow agent or police officer assisting in the above case.

Upon being presented with this order, the court security officers shall permit these firearms into the courthouse. The firearms shall be handled consistent with 95-AO-079. A court security officer shall escort the agent and the firearms to the Marshals Service office where the firearms will be inspected and secured by Supervisory Deputy United States Marshals. Once the firearms to the deemed safe, the court security officer and the agent will transport the firearms to the courtroom. The case agent is responsible for the security of the firearms - for the duration of the trial - shall coordinate with the Marshals Service for transportation of the firearms to and from the

appropriate courtroom.

**IT IS SO ORDERED.**

s/George Caram Steeh
HON. GEORGE CARAM STEEH
United States District Judge

Dated: January 30, 2018