# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**           Criminal No. 15-CR-20652

vs.           Hon. George Caram Steeh

**D-5 QUINCY GRAHAM,**

        **Defendant.**

---

## STIPULATED ORDER GRANTING DEFENDANT QUINCY GRAHAM AN EXTENSION TO SUBMIT OBJECTIONS TO THE PSIR

Pursuant to the stipulation of the parties and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that Defendant Quincy Graham shall have a three (3) week extension from December 24, 2018, to January 14, 2019 to file any objections to the PSIR.

Dated:  December 20, 2018           s/George Caram Steeh
         Hon. George Caram Steeh
         United States District Judge

Stipulated and agreed to:

/s/ Tare Wigod (wpermission)       /s/ Michael A. Rataj
Tare Wigod (P58479)       Michael A. Rataj (P43004)
Assistant United States Attorney       Attorney for Defendant Graham
211 W. Fort Street, Suite 2100       500 Griswold Street, Suite 2450
Detroit, MI 48226       Detroit MI 48226
(313) 226-9191       (313) 963-4529